U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

FEB 04 2026

JENNIFER P. LYONS, CLERK

BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

████████████████
a/k/a ██████

JONATHAN TORRES
a/k/a "ONI"

No.: 2:26-cr-00013-JAW

# INDICTMENT

The Grand Jury charges:

## COUNT ONE
### (Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)

From at least September 14, 2025 through September 15, 2025, within the District of Maine and elsewhere, defendants,

████████████████

**JONATHAN TORRES, a/k/a "ONI"**

knowingly and intentionally agreed with others, both known and unknown, to distribute controlled substances, including a mixture or substance containing N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl); a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers; and a mixture or substance containing a detectable amount of cocaine base, in violation of Title 21, United States Code, Section 846.

It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(C) apply to the conduct described herein.

1

## COUNT TWO
### (Possession with Intent to Distribute Controlled Substances)

On about September 15, 2025, within the District of Maine, defendants,

████████████████████████

**JONATHAN TORRES, a/k/a "ONI"**

knowingly and intentionally possessed with intent to distribute controlled substances, including a mixture or substance containing N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl); a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers; and a mixture or substance containing a detectable amount of cocaine base, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(C) apply to the conduct described herein.

## COUNT THREE
### (Possession of a Firearm in Furtherance of Drug Trafficking)

On about September 15, 2025, in the District of Maine, the defendant,

**JONATHAN TORRES, a/k/a "ONI,"**

did knowingly possess a Glock, model 45, 9mm pistol, bearing serial number CETC592, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely the offense described in Count 1 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## FIRST FORFEITURE NOTICE

1. Upon conviction of any of the drug offenses charged in Counts One and Two of this Indictment, the defendants, ████████████████████████████████████

**and JONATHAN TORRES, a/k/a "ONI,"** shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to:

    a. Glock, model 45, 9mm pistol, bearing serial number CETC592;

    b. SCCY, model CPX-2, 9mm pistol, bearing serial number 627290; and

    c. Associated magazines and ammunition.

2. If any property described in Paragraph 1 above as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant—

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

## SECOND FORFEITURE NOTICE

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 924(c)(1)(A), set forth in Count Three of this Indictment, the defendant, **JONATHAN TORRES, a/k/a "ONI,"** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense. The property to be forfeited includes, but is not limited to, the following:

    a. Glock, model 45, 9mm pistol, bearing serial number CETC592; and

    b. Associated magazines and ammunition.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant—

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

A TRUE BILL

_____
FOREPERSON

_____
Assistant United States Attorney
Date: February 4, 2026

5